# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JENNIFER JOHNSON                                                          PLAINTIFF

v.                            No. 3:20-cv-00401-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration[1]                          DEFENDANT

## ORDER

Plaintiff, Jennifer Johnson, seeks judicial review of the administrative denial of her claims for disability insurance benefits and supplemental security income. *Doc. 2.* The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). *Doc. 17.* The Motion states that Johnson's counsel has no objection to the requested reversal and remand. *Id. at 1.* Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 17*, is GRANTED. The Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings

---

[1]On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration and is substituted for Andrew Saul as defendant in this action. See Fed. R. Civ. P. 25(d).

and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 3rd day of December, 2021.

```
                         _____
                         UNITED STATES MAGISTRATE JUDGE
```